IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:07CR3149 |
| v. | ) | |
| | ) | |
| CAROLYN M. BAASCH, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The joint oral motion of counsel for the plaintiff and defendant is granted and the initial appearance/detention hearing in this matter is continued from December 11 to December 13, 2007 at 2:45 p.m.

Defendant shall be present for the hearing.

DATED this 10th day of December, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge