IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3149 |
| | ) | |
| V. | ) | |
| | ) | |
| CAROLYN M. BAASCH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant has filed an unopposed motion to continue her trial currently set for March 10, 2008. Filing 33. The defendant notes that the allegations at issue span a 30-month time frame dating back to January 1, 2005, and she and her counsel need additional time to review discovery material, interview witnesses, and investigate and prepare for trial. The defendant has been advised of her right to a speedy trial, and understanding these rights, seeks a 30-day continuance of the trial date. Filing 34. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS ORDERED:

1. The defendant's trial is set to commence at 9:00 a.m. on April 14, 2008 for a duration of four trial days before the Honorable Richard G. Kopf. Jury selection will be at the commencement of trial.

2. This Court further finds that, based upon the showing set forth in defendant's motion and the representations of her counsel, the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and April 14, 2008 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(8)(a).

DATED this 26th day of February, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge