IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:07CR3149 |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CAROLYN BAASCH, | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the motion for release of bond (filing 71) is granted to the extent that the Clerk of Court is directed to refund the bond proceeds to the person who posted it as shown by the Clerk's office records.

December 17, 2008.    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge